# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 12-cv-01418 NC |
| Plaintiff, | **ORDER RE BANKRUPTCY STAY** |
| v. | Re: Dkt. No. 30, 31 |
| N. PAKRAVAN DENTAL CORPORATION; NIMA PAKRAVAN; and LEILA HERAVI-KHADJAVI, | |
| Defendants. | |

It appearing from the Notices of Bankruptcy Filing and Automatic Stay filed on November 13 and November 20, 2012, Dkt. No. 30 and 31, that defendants Nima Pakravan and Leila Heravi-Khadjavi have filed petitions in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

//

1  IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

IT IS SO ORDERED.

Date: March 20, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge